IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MICHAEL BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-014 |
| | ) | |
| BRIAN A. COKER and MULBERRY HILL PROPERTIES, LLC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 9.) The Magistrate Judge recommended dismissal of the amended complaint for lack of federal subject matter jurisdiction, as Plaintiff's amended complaint presents no federal cause of action and fails to meet the requirements of diversity jurisdiction. (See doc. no. 7.) In response, Plaintiff attempts to entirely recharacterize his claims as securities fraud, citing various federal laws on banking and securities fraud as well as the "Cestui Que Vie Act of 1666," and using legal jargon like "fiduciary duty" and "negotiable instruments" with little explanation. However, his objections maintain the factual allegations of his amended complaint: he simply believes Defendants breached his lease and he is wrongfully being evicted, which the Magistrate Judge clearly found did not state a federal cause of action. Plaintiff's new citations to criminal and

banking codes fail to identify a specific cause of action allowing him to sue his landlord in federal court over the matter. His objections are unavailing.

Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case for lack of subject matter jurisdiction, and **CLOSES** this civil action.

SO ORDERED this 25th day of April, 2023, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA