IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

MICHAEL BROWN,

    Plaintiff

v.

BRIAN A. COKER et al.,

    Defendants

CASE NO.: 1:23-cv-14

USCA#23-11785-D

## ORDER

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Mandate of the United States Court of Appeals is made the Order of this Court.

**SO ORDERED** this 15th day of April, 2024.

_____
CHIEF JUDGE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA